[No. 69928-8-I.   Division One.   April 21, 2014.]

JILL E. LANE ET AL., *Appellants*, v. MARK VON DER BURG ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-19315-1, Laura Gene Middaugh, J., entered January 4, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Leach and Verellen, JJ.

[No. 69996-2-I.   Division One.   April 21, 2014.]

RODOLFO APOSTOL, *Appellant*, v. RONALD WASTEWATER DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-29336-0, Jeffrey M. Ramsdell, J., entered February 8, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Verellen, J.

[No. 70107-0-I.   Division One.   April 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID SIONA SOLOMONA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-01460-2, Suzanne Parisien, J., entered February 15, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, A.C.J., and Dwyer, J.

[No. 70124-0-I.   Division One.   April 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES OTIS LESTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-00463-1, Mary I. Yu, J., entered March 15, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, A.C.J., and Dwyer, J.